**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

ANDRE RANDOLPH,                          :  No. 19 WM 2024
                                         :
                  Petitioner             :
                                         :
                                         :
           v.                            :
                                         :
                                         :
FAYETTE COUNTY COURT OF COMMON           :
PLEAS,                                   :
                                         :
                  Respondent             :

## ORDER

**PER CURIAM**

    **AND NOW**, this 24th day of July, 2024, the "Motion for Leave to File Original Jurisdiction" is GRANTED, and the "Writ of Extraordinary Relief" is DENIED.